

PHONE: 877-334-7700
FAX: 877-335-7700

## Consulting Agreement

### *Obligations of Consultant:*

1. I agree to fill out an Advanced Technology time card at the end of each week, printed in ink, signed by me, and then signed by an authorized client supervisor. I understand this is a pre-requisite to getting paid for my hours.
2. My time card signed by me and my supervisor must be received by Advanced Technology the following Monday of each week in order for payment to be issued on time. Payment will be issued based on the number of hours actually worked and only for hours that the client supervisor verified by his/her signature on the time card.
3. I understand that assigned hours of General Dynamics (Client Company) must be observed, and I will give a courtesy call to the client supervisor if I am unable to work.
4. A minimum of five (5) days must be given to Advanced Technology if I decide to terminate my assignment. Termination with Advanced Technology automatically nullifies this agreement except for Paragraph 5 which shall remain in force for six (6) months after termination.
5. I have the right to work in my chosen profession but I shall not, directly or indirectly, solicit, accept employment with or perform services for Client Company for a period of six (6) months after termination of this agreement with Advanced Technology, unless Advanced Technology consents to the same in writing.
6. I shall not receive compensation for lost time due to weather conditions unless General Dynamics arranges make-up time. I understand that paychecks are processed through interstate banking relationships and that weather conditions or a federal or state holiday may delay my paycheck for one or more days.
7. I will not discuss my compensation with or disclose my pay rate under this agreement to any other contractors, consultants, recruiters or Client Company employees.
8. I must report to the management of Advanced Technology any injury or accident that I receive on General Dynamics premises within forty-eight (48) hours of said occurrence. I will comply with all rules and regulations at the Client site designed for the safety and well being of myself and Client Company employees.
9. I will execute and return the Intellectual Property and Confidentiality Agreement, and agree to indemnify Advanced Technology for any theft or misuse of Client Company's trade secrets or intellectual property by me.

### *Obligations of Advanced Technology:*

1. Advanced Technology agrees to pay the hourly rate of $35.32 per hour wage plus $141.00 per diem expense reimbursement for each day actually worked in a given week, for up to 7 days, and not to exceed $987.00 per week. Saturday's and Sunday's Per Diem will be paid if work is actually performed on those days or performed on the immediate preceding client work day.
2. The rate for hours over (40) forty per week will be $60.00. The "work week" is defined by the Client.

### *General Provisions:*

- It is understood that the Client, not Advanced Technology, controls the nature and scope of the work on this assignment, supplies the facility where the work will be performed, supplies all the computers and other tools and controls the hours as well as the method and manner of carrying out the work. The Client also ultimately determines whether the assignment will be terminated and has discretion over selection, advancement and termination of consultants.
- Both parties agree to deal fairly and in good faith under this agreement, and Massachusetts shall have full authority and jurisdiction over all parties to and matters regarding the same. This agreement shall be interpreted under Massachusetts' law.
- The Consultant has chosen to be paid on a W-2 wage basis rather than on a 1099 or "corp-to-corp" basis.
- This is a temporary assignment and Advanced Technology makes no representation or guarantee concerning its length.

**CONSULTANT SIGNATURE:** X _[signature]_ DATE: 04/22/10

Advanced Technology Signature: _Christian Puertos_ DATE: 4/21/2010
Advanced Technology is an EO/AA Employer

***PLEASE SIGN, DATE & FAX TO (877) 335-7700***

EXHIBIT
C